April 16, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

GREG YAKIM, Appellant

NO. 14-12-00820-CV                                    V.

BRISTOL RESIDENTIAL, L.P., RONALD L. LOZOFF, CHOICE
CONDOMINIUMS GP, L.L.C, CHOICE CONDOMINIUMS VII, L.P., AND
CONDO SMART REALTY, L.L.C., Appellees

_____

Today the Court heard appellant's unopposed motion to dismiss the appeal from the orders signed by the court below on June 29, 2012, and July 27, 2012, which were made final and appealable by a severance order signed August 28, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.